UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERNAHL,<br><br>        Plaintiff,<br><br>   v.<br><br>EVERSHEDS SUTHERLAND LIMITED, et al.,<br><br>        Defendants. | Case No. 23-cv-00411-BLF<br><br>**SUA SPONTE REFERRAL FOR DETERMINATION OF RELATED CASE STATUS** |

Northern District of California Civil Local Rule 3-12(c) provides: "Whenever a Judge believes that a case pending before that Judge is related to another case, the Judge may refer the case to the Judge assigned to the lowest-numbered case with a request that the Judge assigned to the lowest-numbered case consider whether the cases are related." In reviewing the papers in connection with the Motion to Dismiss Second Amended Complaint and Motion to Strike (ECF No. 21) filed in this action, it appears to this Court that this action might be related to *In re Application of Oleg Fils*, Case No. 20-mc-80176-EMC. *See* Second Amended Complaint, ECF No. 14, at, *e.g.*, 6–7, 12–13 (asserting abuse of process claim based in part on issuance of subpoenas in Case No. 20-mc-80176-EMC). Accordingly, pursuant to Civil L.R. 3-12(c), this action is hereby REFERRED to the Honorable Edward M. Chen for a determination of whether it is related to *In re Application of Oleg Fils*, Case No. 20-mc-80176-EMC.

**IT IS SO ORDERED.**

Dated: July 5, 2023

                                              BETH LABSON FREEMAN<br>
                                              United States District Judge